IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TINA PEACOCK, | ) | |
| | ) | Case No. 8:07-CV-93 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER OF DISMISSAL** |
| BLOCKBUSTER, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the parties' joint stipulation (filing 12) and Fed. R. Civ. P. 41(a), this action is dismissed with prejudice, each party to bear their own costs.

Dated this 13th day of August, 2007.

BY THE COURT:


s/ Joseph F. Bataillon
Joseph F. Bataillon
United States District Judge